## CALAHAN v. STATE.
### No. 24844.

Court of Criminal Appeals of Texas.
June 14, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for operating an automobile upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $100.00.

No notice of appeal appears in the record, in the absence of which this court is without jurisdiction to consider the case. See Art. 827, Vernon's Ann.Tex.C.C.P., and cases cited.

The appeal is dismissed.